UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARLSEN, STEVE | § | Case No. 09-75777 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 31, 2009. The undersigned trustee was appointed on May 10, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         4,654.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]      $ | 4,654.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,163.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,163.74, for a total compensation of $1,163.74. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2010          By:/s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-75777　　　　　Trustee:　(330410)　STEPHEN G. BALSLEY
Case Name:　CARLSEN, STEVE　　　Filed (f) or Converted (c):　12/31/09 (f)
　　　　　　　　　　　　　　　　　§341(a) Meeting Date:　02/04/10
Period Ending: 08/05/10　　　　　Claims Bar Date:　07/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 8637 Olson, Single Family Home (Reside | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 192 Betty Drive, Inverness, IL, Single Family Ho | 541,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 306 Forever Ridge, Helotes, Texas, Single Family | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 304 Forever Ridge, Helotes, Texas, Lot | 38,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1223 Kayton, San, Single Family Home | 92,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1702 Sanko, San, Single Family Home | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Timeshare: Myrtle Beach, South | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Dupage Credit Union checking account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fifth Third Bank checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc: Tv's, Washer, Dryer, Stove, Refrigerator, | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry: Wedding Rings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Camera | 225.00 | 0.00 | DA | 0.00 | FA |
| 14 | Pension Plan | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Back child support owed to Steve Carlsen | 43,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2007 Chevy Silverado 77,000 miles | 10,125.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1997 Olds Delta 88 64,000 miles | 975.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1997 Mercury Cougar 60,000 miles | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 19 | Misc hand tools | 200.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2009 Tax Refund (u) | 4,654.50 | 4,654.50 | DA | 4,654.50 | FA |
| 21 | Lawsuit: Steve Carlsen and Melissa Tomaso vs. M | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | Possible Cross-Claim and Counter-Claim: Countryw | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.47 | FA |
| 23 | Assets　Totals (Excluding unknown values) | $1,502,904.50 | $4,654.50 | | $4,654.97 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75777  
**Case Name:** CARLSEN, STEVE  
**Period Ending:** 08/05/10

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/31/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 07/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** August 2, 2010  
**Current Projected Date Of Final Report (TFR):** August 5, 2010 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-75777 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | CARLSEN, STEVE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-65 - Money Market Account |
| Taxpayer ID #: | **-***9924 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/04/10 | {20} | DuPage Credit Union | Partial Payment of non-exempt portion of 2009 tax refund | 1224-000 | 2,000.00 | | 2,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 2,000.10 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 2,000.21 |
| 07/06/10 | {20} | Steven Carlsen | Final Payment of Non-exempt portion of 2009 tax refund | 1224-000 | 2,654.50 | | 4,654.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,654.96 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.01 | | 4,654.97 |
| 08/02/10 | | To Account #9200******9266 | Transfer to Closed Money Market Account | 9999-000 | | 4,654.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,654.97 | 4,654.97 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,654.97 | |
| | | | Subtotal | | 4,654.97 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,654.97 | $0.00 | |

{} Asset reference(s)

Printed: 08/05/2010 07:33 AM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-75777 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CARLSEN, STEVE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-66 - Checking Account |
| Taxpayer ID #: | **-***9924 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/02/10 | | From Account #9200******9265 | Transfer to Closed Money Market Account | 9999-000 | 4,654.97 | | 4,654.97 |
| | | | ACCOUNT TOTALS | | 4,654.97 | 0.00 | $4,654.97 |
| | | | Less: Bank Transfers | | 4,654.97 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******92-65 | 4,654.97 | 0.00 | 0.00 |
| Checking # 9200-******92-66 | 0.00 | 0.00 | 4,654.97 |
| | $4,654.97 | $0.00 | $4,654.97 |

{} Asset reference(s)      Printed: 08/05/2010 07:33 AM   V.12.08

| | | | | Printed: 08/05/10 07:33 AM | | | |
|---|---|---|---|---|---|---|---|

# Claims Distribution Register

Page: 1

### Case: 09-75777   CARLSEN, STEVE

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 05/03/10 | 100 | Webster Bank<br>609 W Johnson Ave<br>Cheshire, CT 06410<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>609 W Johnson Ave<br>Cheshire, CT 06410 | 75,835.92 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | Claim No. 1 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | | | | | |
| | | | Priority 100:   0% Paid | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/31/09 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 1,170.00 | 1,170.00 | 0.00 | 1,170.00 | 1,170.00 |
| | 12/31/09 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 1,163.74 | 1,163.74 | 0.00 | 1,163.74 | 1,163.74 |
| | | | Total for Priority 200:   100% Paid | $2,333.74 | $2,333.74 | $0.00 | $2,333.74 | $2,333.74 |
| | | | Total for Admin Ch. 7 Claims: | $2,333.74 | $2,333.74 | $0.00 | $2,333.74 | $2,333.74 |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 05/09/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>PO Box 15145<br>Wilmington, DE 198505145 | 377.58 | 377.58 | 0.00 | 377.58 | 15.07 |
| 3 | 05/09/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>PO Box 15145<br>Wilmington, DE 198505145 | 723.43 | 723.43 | 0.00 | 723.43 | 28.87 |
| 4 | 05/10/10 | 610 | Dupage Credit Union<br>1515 Bond St<br>Naperville, IL 60563<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>1515 Bond St<br>Naperville, IL 60563 | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 | 99.77 |

(*) Denotes objection to Amount Filed

Printed: 08/05/10 07:33 AM

# Claims Distribution Register

Page: 2

Case: 09-75777  CARLSEN, STEVE

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 06/07/10 | 610 | West & West Attorneys, P.C.<br>2929 Mossrock #204<br>San Antonio, TX 78230<br><7100-00  General Unsecured § 726(a)(2)><br>2929 Mossrock #204<br>San Antonio, TX 78230 | 597.00 | 597.00 | 0.00 | 597.00 | 23.82 |
| 6 | 06/10/10 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><7100-00  General Unsecured § 726(a)(2)><br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | 6,353.36 | 6,353.36 | 0.00 | 6,353.36 | 253.55 |
| 7 | 06/10/10 | 610 | Precision Recovery Analytics, Inc<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><7100-00  General Unsecured § 726(a)(2)><br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | 18,911.47 | 18,911.47 | 0.00 | 18,911.47 | 754.71 |
| 8 | 06/10/10 | 610 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000<br><7100-00  General Unsecured § 726(a)(2)><br>PO Box 3000<br>Merrifield, VA 221193000 | 14,848.42 | 14,848.42 | 0.00 | 14,848.42 | 592.56 |
| 9 | 06/16/10 | 610 | Capital Recovery III LLC As Assignee<br>of CREDIT ONE<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605 | 1,549.09 | 1,549.09 | 0.00 | 1,549.09 | 61.82 |
| 10 | 07/02/10 | 610 | Rockford Mercantile<br>2502 S Alpine Rd<br>Rockford, IL 61108<br><7100-00  General Unsecured § 726(a)(2)><br>2502 S Alpine Rd<br>Rockford, IL 61108 | 2,035.05 | 2,035.05 | 0.00 | 2,035.05 | 81.21 |

| Printed: 08/05/10 07:33 AM | | | Claims Distribution Register | | | | | Page: 3 |

## Claims Distribution Register

### Case: 09-75777   CARLSEN, STEVE

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 11 | 07/06/10 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 9,415.99 | 9,415.99 | 0.00 | 9,415.99 | 375.77 |
| 12 | 07/19/10 | 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 731248809 | 854.03 | 854.03 | 0.00 | 854.03 | 34.08 |
| | | | Total for Priority 610:   3.99074% Paid | $58,165.42 | $58,165.42 | $0.00 | $58,165.42 | $2,321.23 |
| | | | Total for Unsecured Claims: | $58,165.42 | $58,165.42 | $0.00 | $58,165.42 | $2,321.23 |
| | | | Total for Case : | $136,335.08 | $60,499.16 | $0.00 | $60,499.16 | $4,654.97 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-75777
Case Name: CARLSEN, STEVE
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | STEPHEN G. BALSLEY | $ 1,163.74 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,170.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

 The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

 Timely claims of general (unsecured) creditors totaling $ 58,165.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent.

 Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 377.58 | $ 15.07 |
| 3 | Chase Bank USA, N.A. | $ 723.43 | $ 28.87 |
| 4 | Dupage Credit Union | $ 2,500.00 | $ 99.77 |
| 5 | West & West Attorneys, P.C. | $ 597.00 | $ 23.82 |
| 6 | Roundup Funding, LLC | $ 6,353.36 | $ 253.55 |
| 7 | Precision Recovery Analytics, Inc | $ 18,911.47 | $ 754.71 |
| 8 | Navy Federal Credit Union | $ 14,848.42 | $ 592.56 |
| 9 | Capital Recovery III LLC As Assignee of CREDIT ONE | $ 1,549.09 | $ 61.82 |
| 10 | Rockford Mercantile | $ 2,035.05 | $ 81.21 |
| 11 | U.S. Bank N.A. | $ 9,415.99 | $ 375.77 |
| 12 | Fia Card Services, NA/Bank of America | $ 854.03 | $ 34.08 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                      N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                      N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**