UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: CARLSEN, STEVE § Case No. 09-75777
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/08/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____   By: /s/STEPHEN G. BALSLEY_____
                                     Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARLSEN, STEVE | § | Case No. 09-75777 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,654.97 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,654.97 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | STEPHEN G. BALSLEY | $ 1,163.74 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,170.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,165.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 377.58 | $ 15.07 |
| 3 | Chase Bank USA, N.A. | $ 723.43 | $ 28.87 |
| 4 | Dupage Credit Union | $ 2,500.00 | $ 99.77 |
| 5 | West & West Attorneys, P.C. | $ 597.00 | $ 23.82 |
| 6 | Roundup Funding, LLC | $ 6,353.36 | $ 253.55 |
| 7 | Precision Recovery Analytics, Inc | $ 18,911.47 | $ 754.71 |
| 8 | Navy Federal Credit Union | $ 14,848.42 | $ 592.56 |
| 9 | Capital Recovery III LLC As Assignee of CREDIT ONE | $ 1,549.09 | $ 61.82 |
| 10 | Rockford Mercantile | $ 2,035.05 | $ 81.21 |
| 11 | U.S. Bank N.A. | $ 9,415.99 | $ 375.77 |
| 12 | Fia Card Services, NA/Bank of America | $ 854.03 | $ 34.08 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 2                   Date Rcvd: Aug 19, 2010
Case: 09-75777                Form ID: pdf006              Total Noticed: 47

The following entities were noticed by first class mail on Aug 21, 2010.
db           +Steve Carlsen,    8637 Olson Rd,    Belvidere, IL 61008-7967
aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14918610     +5/3 Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
14918611     +Academy Collection Service, Inc,    10965 Decatur Rd.,    Philadelphia, PA 19154-3294
14918613     +Aurora Loan Services,    Attn: Bankruptcy Dept.,    Po Box 1706,    Scottsbluff, NE 69363-1706
14918615      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
14918614     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14918616     +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
14918617     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
15721504      Capital Recovery III LLC As Assignee of CREDIT ONE,     Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14918619     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
14918618     +Chase,    Po Box 24696,    Columbus, OH 43224-0696
15546496      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14918620     +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
14918621     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14918622     +Citifinancial Retail S,    Po Box 499,    Hanover, MD 21076-0499
14918623     +Credit One Bank,    585 S. Pilot Street,    Las Vegas, NV 89119-3619
14918624     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
14918625     +Dupage Credit Union,    1515 Bond St,    Naperville, IL 60563-0112
14918626     +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
               Grand Rapids, MI 49546-6210
14918627     +First Equity Card/tsys,    Po Box 84075,    Columbus, GA 31908-4075
14918628     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108
14918633     +HSBC Retail Services,    P.O. BOX 4145,    Carol Stream, IL 60197-4145
14918630     +Hilco Rec,    5 Revere Dr Ste 510,    Northbrook, IL 60062-8007
14918634     +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8101
14918640     +Paragonway,    2101 West Ben Whit,    Austin, TX 78704-7516
15695740      Precision Recovery Analytics, Inc,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14918642     +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
14918645     +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
14918646     +Texas Association Of P,    9110 Highway 10 W Ste 10,    San Antonio, TX 78230-3121
14918648     +The Hondo National Bank,    PO Box 340,    Hondo, TX 78861-0340
15810728    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
14918649     +US Bank,    P.O. Box 20005,    Owensboro, KY 42304-0005
14918650     +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
14918651     +Webster Bank,    609 W Johnson Ave,    Cheshire, CT 06410-4502
14918653     +Wffinancial,    1115 N Salem Dr,    Schaumburg, IL 60194-1332

The following entities were noticed by electronic transmission on Aug 19, 2010.
14918612      +E-mail/PDF: CBP@AGFINANCE.COM Aug 20 2010 00:17:37      American General Finan,
               342 W Chrysler Dr,    Belvidere, IL 61008-6029
15862147       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2010 00:34:02
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14918629     +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43      Gemb/home Design-floor,
               Po Box 981439,    El Paso, TX 79998-1439
14918635      E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43      Lowe's,    PO Box 530914,
               Atlanta, GA 30353-0914
14918636     +E-mail/Text: resurgentbknotifications@resurgent.com                            Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
14918637     +E-mail/Text: ext_ebn_inbox@navyfederal.org                            Navy Federal Credit Union,
               Attention: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
15697198      E-mail/Text: ext_ebn_inbox@navyfederal.org                            Navy Federal Credit Union,
               PO Box 3000,    Merrifield, VA 22119-3000
14918638     +E-mail/Text: bankrup@nicor.com                             Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
15695592      E-mail/PDF: BNCEmails@blinellc.com Aug 20 2010 00:17:39      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
14918652     +E-mail/Text: luzma@westandwestattorneys.com                            West & West Attorneys, P.C.,
               2929 Mossrock #204,    San Antonio, TX 78230-5116
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14918631      Hondo National Bank
14918632      Hsbc Bank
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14918639*    +Nicor Gas,    Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14918643*    +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
14918644*    +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
14918647*    +Texas Association Of P,    9110 Highway 10 W Ste 10,    San Antonio, TX 78230-3121
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2                Date Rcvd: Aug 19, 2010
Case: 09-75777                 Form ID: pdf006            Total Noticed: 47

14918641    ##+Redline Recovery Services,   2350 North Forest Road, Suite 31B,   Getzville, NY 14068-1398
                                                                                        TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                    **Signature:**    *Joseph Speetjens*