**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: CARLSEN, STEVE                               § Case No. 09-75777
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,502,904.50  *(without deducting any secured claims)* | Assets Exempt:  $509,100.00 |
| Total Distribution to Claimants: $2,321.23 | Claims Discharged Without Payment:  $179,151.58 |
| Total Expenses of Administration: $2,333.74 | |

　　　3) Total gross receipts of $    4,654.97    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $4,654.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,804,711.00 | $75,835.92 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,333.74 | 2,333.74 | 2,333.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 180,849.33 | 58,165.42 | 58,165.42 | 2,321.23 |
| **TOTAL DISBURSEMENTS** | $1,985,560.33 | $136,335.08 | $60,499.16 | $4,654.97 |

4) This case was originally filed under Chapter 7 on December 31, 2009. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2010          By: /s/STEPHEN G. BALSLEY
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax Refund | 1224-000 | 4,654.50 |
| Interest Income | 1270-000 | 0.47 |
| **TOTAL GROSS RECEIPTS** | | **$4,654.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Webster Bank | 4110-000 | 72,777.00 | 75,835.92 | 0.00 | 0.00 |
| NOTFILED | American General Finance | 4110-000 | 5,436.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services | 4110-000 | 319,197.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 23,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 833,433.00 | N/A | N/A | 0.00 |
| NOTFILED | The Honda National Bank | 4110-000 | 34,973.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Mortgage | 4110-000 | 50,522.00 | N/A | N/A | 0.00 |
| NOTFILED | Texas Assocation of P | 4110-000 | 54,898.00 | N/A | N/A | 0.00 |
| NOTFILED | Indymac Bank | 4110-000 | 339,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Texas Association of P | 4110-000 | 71,205.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,804,711.00** | **$75,835.92** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,163.74 | 1,163.74 | 1,163.74 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,170.00 | 1,170.00 | 1,170.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,333.74 | 2,333.74 | 2,333.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | 430.00 | 377.58 | 377.58 | 15.07 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 823.00 | 723.43 | 723.43 | 28.87 |
| 4 | Dupage Credit Union | 7100-000 | 2,500.00 | 2,500.00 | 2,500.00 | 99.77 |
| 5 | West & West Attorneys, P.C. | 7100-000 | 547.00 | 597.00 | 597.00 | 23.82 |
| 6 | Roundup Funding, LLC | 7100-000 | 6,353.00 | 6,353.36 | 6,353.36 | 253.55 |
| 7 | Precision Recovery Analytics, Inc | 7100-000 | 18,545.94 | 18,911.47 | 18,911.47 | 754.71 |
| 8 | Navy Federal Credit Union | 7100-000 | 14,660.00 | 14,848.42 | 14,848.42 | 592.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Capital Recovery III LLC As Assignee of CREDIT ONE | 7100-000 | 1,349.00 | 1,549.09 | 1,549.09 | 61.82 |
| 10 | Rockford Mercantile | 7100-000 | 2,035.00 | 2,035.05 | 2,035.05 | 81.21 |
| 11 | U.S. Bank N.A. | 7100-000 | 9,415.00 | 9,415.99 | 9,415.99 | 375.77 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | 884.00 | 854.03 | 854.03 | 34.08 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 1,527.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 778.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 327.60 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 324.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 545.00 | N/A | N/A | 0.00 |
| NOTFILED | The Hondo National Bank | 7100-000 | 303.95 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/home Design-floor | 7100-000 | 6,353.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 532.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 615.00 | N/A | N/A | 0.00 |
| NOTFILED | Paragonway | 7100-000 | 18,911.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 4,499.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 3,134.00 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card/tsys | 7100-000 | 11,420.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se | 7100-000 | 169.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 20,314.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 14,066.74 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 32,791.00 | N/A | N/A | 0.00 |
| NOTFILED | 5/3 Bank Cc | 7100-000 | 4,499.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership Collection | 7100-000 | 2,198.10 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 180,849.33 | 58,165.42 | 58,165.42 | 2,321.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75777  
**Case Name:** CARLSEN, STEVE  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/31/09 (f)  
**§341(a) Meeting Date:** 02/04/10  

**Period Ending:** 01/26/11  

**Claims Bar Date:** 07/21/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 8637 Olson, Single Family Home (Reside | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 192 Betty Drive, Inverness, IL, Single Family Ho | 541,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 306 Forever Ridge, Helotes, Texas, Single Family | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 304 Forever Ridge, Helotes, Texas, Lot | 38,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1223 Kayton, San, Single Family Home | 92,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1702 Sanko, San, Single Family Home | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Timeshare: Myrtle Beach, South | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Dupage Credit Union checking account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fifth Third Bank checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc: Tv's, Washer, Dryer, Stove, Refrigerator, | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry: Wedding Rings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Camera | 225.00 | 0.00 | DA | 0.00 | FA |
| 14 | Pension Plan | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Back child support owed to Steve Carlsen | 43,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2007 Chevy Silverado 77,000 miles | 10,125.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1997 Olds Delta 88 64,000 miles | 975.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1997 Mercury Cougar 60,000 miles | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 19 | Misc hand tools | 200.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2009 Tax Refund  (u) | 4,654.50 | 4,654.50 | DA | 4,654.50 | FA |
| 21 | Lawsuit:  Steve Carlsen and Melissa Tomaso vs. M | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | Possible Cross-Claim and Counter-Claim: Countryw | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.47 | FA |
| 23 | Assets     Totals (Excluding unknown values) | $1,502,904.50 | $4,654.50 | | $4,654.97 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75777  
**Case Name:** CARLSEN, STEVE  

**Period Ending:** 01/26/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/31/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 07/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 2, 2010    **Current Projected Date Of Final Report (TFR):** August 5, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-75777 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CARLSEN, STEVE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-65 - Money Market Account |
| Taxpayer ID #: | **-***9924 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/04/10 | {20} | DuPage Credit Union | Partial Payment of non-exempt portion of 2009 tax refund | 1224-000 | 2,000.00 | | 2,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 2,000.10 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 2,000.21 |
| 07/06/10 | {20} | Steven Carlsen | Final Payment of Non-exempt portion of 2009 tax refund | 1224-000 | 2,654.50 | | 4,654.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,654.96 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.01 | | 4,654.97 |
| 08/02/10 | | To Account #9200******9266 | Transfer to Closed Money Market Account | 9999-000 | | 4,654.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,654.97 | 4,654.97 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,654.97 | |
| | | | Subtotal | | 4,654.97 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,654.97 | $0.00 | |

{} Asset reference(s)                                    Printed: 01/26/2011 10:41 AM    V.12.56

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75777  
**Case Name:** CARLSEN, STEVE  

**Taxpayer ID #:** **-***9924  
**Period Ending:** 01/26/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | | From Account #9200******9265 | Transfer to Closed Money Market Account | 9999-000 | 4,654.97 | | 4,654.97 |
| 09/08/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,170.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,170.00 | 3,484.97 |
| 09/08/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,163.74, Trustee Compensation; Reference: | 2100-000 | | 1,163.74 | 2,321.23 |
| 09/08/10 | 103 | Chase Bank USA, N.A. | Dividend paid 3.99 on $377.58; Claim# 2; Filed: $377.58; Reference: | 7100-000 | | 15.07 | 2,306.16 |
| 09/08/10 | 104 | Chase Bank USA, N.A. | Dividend paid 3.99% on $723.43; Claim# 3; Filed: $723.43; Reference: | 7100-000 | | 28.87 | 2,277.29 |
| 09/08/10 | 105 | Dupage Credit Union | Dividend paid 3.99% on $2,500.00; Claim# 4; Filed: $2,500.00; Reference: | 7100-000 | | 99.77 | 2,177.52 |
| 09/08/10 | 106 | West & West Attorneys, P.C. | Dividend paid 3.99% on $597.00; Claim# 5; Filed: $597.00; Reference: | 7100-000 | | 23.82 | 2,153.70 |
| 09/08/10 | 107 | Roundup Funding, LLC | Dividend paid 3.99% on $6,353.36; Claim# 6; Filed: $6,353.36; Reference: | 7100-000 | | 253.55 | 1,900.15 |
| 09/08/10 | 108 | Precision Recovery Analytics, Inc | Dividend paid 3.99% on $18,911.47; Claim# 7; Filed: $18,911.47; Reference: | 7100-000 | | 754.71 | 1,145.44 |
| 09/08/10 | 109 | Navy Federal Credit Union | Dividend paid 3.99% on $14,848.42; Claim# 8; Filed: $14,848.42; Reference: | 7100-000 | | 592.56 | 552.88 |
| 09/08/10 | 110 | Capital Recovery III LLC As Assignee of CREDIT ONE | Dividend paid 3.99% on $1,549.09; Claim# 9; Filed: $1,549.09; Reference: | 7100-000 | | 61.82 | 491.06 |
| 09/08/10 | 111 | Rockford Mercantile | Dividend paid 3.99% on $2,035.05; Claim# 10; Filed: $2,035.05; Reference: | 7100-000 | | 81.21 | 409.85 |
| 09/08/10 | 112 | U.S. Bank N.A. | Dividend paid 3.99% on $9,415.99; Claim# 11; Filed: $9,415.99; Reference: | 7100-000 | | 375.77 | 34.08 |
| 09/08/10 | 113 | Fia Card Services, NA/Bank of America | Dividend paid 3.99% on $854.03; Claim# 12; Filed: $854.03; Reference: | 7100-000 | | 34.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,654.97 | 4,654.97 | $0.00 |
| | | | Less: Bank Transfers | | 4,654.97 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,654.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,654.97** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-75777 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | CARLSEN, STEVE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-66 - Checking Account |
| Taxpayer ID #: | **-***9924 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******92-65** | 4,654.97 | 0.00 | 0.00 |
| **Checking # 9200-******92-66** | 0.00 | 4,654.97 | 0.00 |
| | $4,654.97 | $4,654.97 | $0.00 |

{} Asset reference(s)

Printed: 01/26/2011 10:41 AM    V.12.56